**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Reading DIVISION**

| | | |
|---|---|---|
| In re:   MARIZAN, JOEL | § | Case No. 22-10055-PMM |
| VARGAS, YOKASTA Y. | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/11/2022. The undersigned trustee was appointed on 01/12/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         7,366.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 34.17 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 7,331.83 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/14/2022 and the deadline for filing governmental claims was 07/10/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,486.60. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,486.60, for a total compensation of $1,486.60[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $10.88 for total expenses of $10.88[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/17/2022                          By: /s/ Christine C. Shubert
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 22-10055-PMM | Trustee Name: | (500770) Christine C. Shubert |
|---|---|---|---|
| Case Name: | MARIZAN, JOEL<br>VARGAS, YOKASTA Y. | Date Filed (f) or Converted (c): | 01/11/2022 (f) |
| | | § 341(a) Meeting Date: | 03/08/2022 |
| For Period Ending: | 08/17/2022 | Claims Bar Date: | 07/14/2022 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 350 N. 6th St., Columbia, PA 17512-0000, Lancaster County | 224,500.00 | 44,900.00 | | 0.00 | FA |
| 2 | 2020 Honda CRV, 10,000 miles | 31,141.00 | 0.00 | | 0.00 | FA |
| 3 | 2020 Land Rover Range Rover, 7,000 miles | 61,616.00 | 0.00 | | 0.00 | FA |
| 4 | 2020 Honda Accord, 5,000 miles | 30,966.00 | 0.00 | | 0.00 | FA |
| 5 | beds, dressers, tables, chairs, couches, lamps, dishware, cookware, kitchen appliances, washer and dryer | 1,800.00 | 0.00 | | 0.00 | FA |
| 6 | cellphone, TV's, computer, speakers | 700.00 | 0.00 | | 0.00 | FA |
| 7 | books, pictures, knick knacks | 150.00 | 0.00 | | 0.00 | FA |
| 8 | 1 pistol | 150.00 | 0.00 | | 0.00 | FA |
| 9 | clothing, shoes | 300.00 | 0.00 | | 0.00 | FA |
| 10 | wedding bands, various earrings, rings, necklaces, bracelets | 430.00 | 0.00 | | 0.00 | FA |
| 11 | 1 dog | 75.00 | 0.00 | | 0.00 | FA |
| 12 | Checking: Wells Fargo Bank | 204.05 | 0.00 | | 0.00 | FA |
| 13 | Checking: TD Bank | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Checking: Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Checking: Fulton Bank | 200.00 | 0.00 | | 0.00 | FA |
| 16 | Slay by Yokasta Beauty Salon, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 17 | workers compensation claim | Unknown | Unknown | | 0.00 | FA |
| 18* | 2021 tax refunds Federal (u)<br>asset added per amended schedule # 18<br>Original Trustee value was zero yet funds were able to be collected (See Footnote) | 8,666.00 | 0.00 | | 7,366.00 | FA |
| 18 | **Assets Totals (Excluding unknown values)** | **$361,098.05** | **$44,900.00** | | **$7,366.00** | **$0.00** |

RE PROP# 18    debtors voluntarily turned over their non exempt tax refunds - the non exempt amount of the refund belongs to the debtor husband only - wife's refund was exempt

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 22-10055-PMM
**Case Name:** MARIZAN, JOEL
VARGAS, YOKASTA Y.

**For Period Ending:** 08/17/2022

**Trustee Name:** (500770) Christine C. Shubert
**Date Filed (f) or Converted (c):** 01/11/2022 (f)
**§ 341(a) Meeting Date:** 03/08/2022
**Claims Bar Date:** 07/14/2022

**Major Activities Affecting Case Closing:**

Debtor turned over non exempt funds.   Once bar date passes, trustee will submit the TFR to the UST - updated 6/22

**Initial Projected Date Of Final Report (TFR):** 10/15/2022      **Current Projected Date Of Final Report (TFR):** 08/17/2022 (Actual)

UST Form 101-7-TFR (5/1/2011)

Form 2                                                                                       Exhibit B

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 22-10055-PMM | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| Case Name: | MARIZAN, JOEL<br>VARGAS, YOKASTA Y. | Bank Name:<br>Account #: | Metropolitan Commercial Bank<br>******7856 Checking |
| Taxpayer ID #: | **-***9145 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/17/2022 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/01/22 | {18} | Yokasta Vargas and Joel Marizan | turnover of non exempt tax refunds | 1224-000 | 7,366.00 | | 7,366.00 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.83 | 7,356.17 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.97 | 7,343.20 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.37 | 7,331.83 |
| 08/10/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX9662 | Transition Debit to TriState Capital Bank acct XXXXXX9662 | 9999-000 | | 7,331.83 | 0.00 |
| | | **COLUMN TOTALS** | | | 7,366.00 | 7,366.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 7,331.83 | |
| | | **Subtotal** | | | 7,366.00 | 34.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $7,366.00 | $34.17 | |

{ } Asset Reference(s)          UST Form 101-7-TFR (5/1/2011)                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 22-10055-PMM | **Trustee Name:** | Christine C. Shubert (500770) | |
| **Case Name:** | MARIZAN, JOEL | **Bank Name:** | TriState Capital Bank | |
| | VARGAS, YOKASTA Y. | **Account #:** | ******9662 Checking Account | |
| **Taxpayer ID #:** | **-***9145 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 08/17/2022 | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/10/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX7856 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX7856 | 9999-000 | 7,331.83 | | 7,331.83 |
| | | **COLUMN TOTALS** | | | 7,331.83 | 0.00 | $7,331.83 |
| | | | Less: Bank Transfers/CDs | | 7,331.83 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $0.00 | |

*{ } Asset Reference(s)*    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-10055-PMM | **Trustee Name:** | Christine C. Shubert (500770) |
| **Case Name:** | MARIZAN, JOEL<br>VARGAS, YOKASTA Y. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***9145 | **Account #:** | ******9662 Checking Account |
| **For Period Ending:** | 08/17/2022 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $7,366.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $7,366.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7856 Checking | $7,366.00 | $34.17 | $0.00 |
| ******9662 Checking Account | $0.00 | $0.00 | $7,331.83 |
| | $7,366.00 | $34.17 | $7,331.83 |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

### Case: 22-10055-PMM JOEL MARIZAN AND YOKASTA Y. VARGAS

Claims Bar Date: 07/14/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Christine C. Shubert<br>821 Wesley Ave<br>Ocean City, NJ 08226<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>07/01/22 | | $1,486.60<br>$1,486.60 | $0.00 | $1,486.60 |
| TE | Christine C. Shubert<br>821 Wesley Ave<br>Ocean City, NJ 08226<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>08/17/22 | | $10.88<br>$10.88 | $0.00 | $10.88 |
| 1P | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Debt relates to Joel Marizan only | Priority<br>01/12/22 | | $3,317.51<br>$3,317.51 | $0.00 | $3,317.51 |
| 1U | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946<br><7300-000 Fines, Penalties - § 726(a)(4)><br>, 630<br>Penalty portion of Priority claim - Debt relates to Joel Marizan only | Unsecured<br>01/12/22 | | $239.31<br>$239.31 | $0.00 | $239.31 |
| 2 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Debt relates to Yokasta Vargas only | Unsecured<br>04/19/22 | | $3,482.44<br>$0.00 | $0.00 | $0.00 |
| 3 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>04/19/22 | | $3,316.63<br>$3,316.63 | $0.00 | $3,316.63 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

### Case: 22-10055-PMM JOEL MARIZAN AND YOKASTA Y. VARGAS

Claims Bar Date: 07/14/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Citibank, N.A. 6716 Grade Ln Big 9 Ste 910-PY DEPT Louisville, KY 40213-3439 <7100-000 General Unsecured - § 726(a)(2)> , 610 Debt relates to Yokasta Vargas only | Unsecured 04/19/22 | | $2,091.17 $0.00 | $0.00 | $0.00 |
| 5 | Quantum3 Group LLC as agent for PO Box 2489 Kirkland, WA 98083-2489 <7100-000 General Unsecured - § 726(a)(2)> , 610 Debt relates to Yokasta Vargas only | Unsecured 04/19/22 | | $25,893.30 $0.00 | $0.00 | $0.00 |
| 6 | Citibank, N.A. 6716 Grade Ln Big 9 Ste 910-PY DEPT Louisville, KY 40213-3439 <7100-000 General Unsecured - § 726(a)(2)> , 610 Debt relates to Yokasta Vargas only | Unsecured 04/19/22 | | $6,962.07 $0.00 | $0.00 | $0.00 |
| 7 | Bank of America, N.A. PO Box 15102 Wilmington, DE 19886-5102 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 04/21/22 | | $8,152.43 $8,152.43 | $0.00 | $8,152.43 |
| 8 | Bank of America, N.A. PO Box 15102 Wilmington, DE 19886-5102 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 04/21/22 | | $6,879.81 $6,879.81 | $0.00 | $6,879.81 |
| 9 | Bank of America, N.A. PO Box 15102 Wilmington, DE 19886-5102 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 04/21/22 | | $50,335.78 $50,335.78 | $0.00 | $50,335.78 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 3

# Exhibit C

## Analysis of Claims Register

### Case: 22-10055-PMM JOEL MARIZAN AND YOKASTA Y. VARGAS

Claims Bar Date: 07/14/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 | Citibank, N.A. <br> 6716 Grade Ln Big 9 Ste 910-PY DEPT <br> Louisville, KY 40213-3439 <br> <7100-000 General Unsecured - § 726(a)(2)> <br> , 610 <br> Valid | Unsecured <br> 04/21/22 | | $3,300.26 <br> $3,300.26 | $0.00 | $3,300.26 |
| 11 | Citibank, N.A. <br> 6716 Grade Ln Big 9 Ste 910-PY DEPT <br> Louisville, KY 40213-3439 <br> <7100-000 General Unsecured - § 726(a)(2)> <br> , 610 <br> Debt relates to Yokasta Vargas only | Unsecured <br> 04/21/22 | | $4,857.13 <br> $0.00 | $0.00 | $0.00 |
| 12 | Citibank, N.A. <br> 6716 Grade Ln Big 9 Ste 910-PY DEPT <br> Louisville, KY 40213-3439 <br> <7100-000 General Unsecured - § 726(a)(2)> <br> , 610 <br> Debt relates to Yokasta Vargas only | Unsecured <br> 04/21/22 | | $4,672.85 <br> $0.00 | $0.00 | $0.00 |
| 13 | American Express National Bank <br> c/o Becket and Lee LLP <br> PO Box 3001 <br> Malvern, PA 19355-0701 <br> <7100-000 General Unsecured - § 726(a)(2)> <br> , 610 <br> Debt relates to Yokasta Vargas only | Unsecured <br> 05/02/22 | | $824.15 <br> $0.00 | $0.00 | $0.00 |
| 14 | Wells Fargo Bank, N.A. <br> Wells Fargo Card Services <br> PO Box 9210 <br> Des Moines, IA 50306 <br> <7100-000 General Unsecured - § 726(a)(2)> <br> , 610 <br> Valid | Unsecured <br> 05/13/22 | | $9,497.61 <br> $9,497.61 | $0.00 | $9,497.61 |
| 15 | Wells Fargo Bank, N.A. <br> Wells Fargo Card Services <br> PO Box 9210 <br> Des Moines, IA 50306 <br> <7100-000 General Unsecured - § 726(a)(2)> <br> , 610 <br> Valid | Unsecured <br> 05/13/22 | | $9,984.38 <br> $9,984.38 | $0.00 | $9,984.38 |

# Exhibit C

## Analysis of Claims Register

### Case: 22-10055-PMM JOEL MARIZAN AND YOKASTA Y. VARGAS

Claims Bar Date: 07/14/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | Members 1st Federal Credit Union<br>POB 8893<br>Camp Hill, PA 17001-8893<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>05/18/22 | | $15,939.31<br>$15,939.31 | $0.00 | $15,939.31 |
| 17 | Regions Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>05/31/22 | | $45,817.63<br>$45,817.63 | $0.00 | $45,817.63 |
| 18 | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>07/06/22 | | $1,111.70<br>$1,111.70 | $0.00 | $1,111.70 |
| 19 | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>07/06/22 | | $4,315.78<br>$4,315.78 | $0.00 | $4,315.78 |
| 20 | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Debt relates to Yokasta Vargas only | Unsecured<br>07/06/22 | | $590.63<br>$0.00 | $0.00 | $0.00 |
| 21 | Synchrony Bank<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Debt relates to Yokasta Vargas only | Unsecured<br>07/13/22 | | $495.25<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 5

# Exhibit C

## Analysis of Claims Register

### Case: 22-10055-PMM JOEL MARIZAN AND YOKASTA Y. VARGAS

Claims Bar Date: 07/14/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22 | Synchrony Bank<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Debt relates to Yokasta Vargas only | Unsecured<br>07/13/22 | | $1,442.50<br>$0.00 | $0.00 | $0.00 |
| 23 | Synchrony Bank<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>07/13/22 | | $2,790.72<br>$2,790.72 | $0.00 | $2,790.72 |
| 24 | Synchrony Bank<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Debt relates to Yokasta Vargas only | Unsecured<br>07/13/22 | | $1,839.65<br>$0.00 | $0.00 | $0.00 |
| 25 | Synchrony Bank<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>07/13/22 | | $5,921.24<br>$5,921.24 | $0.00 | $5,921.24 |
| 26 | Synchrony Bank<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Debt relates to Yokasta Vargas only | Unsecured<br>07/13/22 | | $779.12<br>$0.00 | $0.00 | $0.00 |
| 27 | Synchrony Bank<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>07/13/22 | | $1,307.60<br>$1,307.60 | $0.00 | $1,307.60 |

UST Form 101-7-TFR (5/1/2011)

Page: 6

# Exhibit C

## Analysis of Claims Register

### Case: 22-10055-PMM JOEL MARIZAN AND YOKASTA Y. VARGAS

Claims Bar Date: 07/14/22

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 28 | Synchrony Bank<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Debt relates to Yokasta Vargas only | Unsecured<br>07/13/22 | | $4,151.56<br>$0.00 | $0.00 | $0.00 |
| 29 | Synchrony Bank<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>07/13/22 | | $314.57<br>$314.57 | $0.00 | $314.57 |
| | | | Case Total: | | $0.00 | $174,039.75 |

UST Form 101-7-TFR (5/1/2011)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 22-10055-PMM
Case Name: JOEL MARIZAN AND YOKASTA Y. VARGAS
Trustee Name: Christine C. Shubert

**Balance on hand:** $ 7,331.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,331.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christine C. Shubert | 1,486.60 | 0.00 | 1,486.60 |
| Trustee, Expenses - Christine C. Shubert | 10.88 | 0.00 | 10.88 |

Total to be paid for chapter 7 administrative expenses: $ 1,497.48
Remaining balance: $ 5,834.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,834.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,317.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Pennsylvania Department of Revenue | 3,317.51 | 0.00 | 3,317.51 |

**UST Form 101-7-TFR(5/1/2011)**

|  | | Total to be paid for priority claims: | $ | 3,317.51 |
|---|---|---|---|---|
|  | | Remaining balance: | $ | 2,516.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $168,985.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 0.00 | 0.00 | 0.00 |
| 3 | Department Stores National Bank | 3,316.63 | 0.00 | 49.40 |
| 4 | Citibank, N.A. | 0.00 | 0.00 | 0.00 |
| 5 | Quantum3 Group LLC as agent for | 0.00 | 0.00 | 0.00 |
| 6 | Citibank, N.A. | 0.00 | 0.00 | 0.00 |
| 7 | Bank of America, N.A. | 8,152.43 | 0.00 | 121.42 |
| 8 | Bank of America, N.A. | 6,879.81 | 0.00 | 102.47 |
| 9 | Bank of America, N.A. | 50,335.78 | 0.00 | 749.69 |
| 10 | Citibank, N.A. | 3,300.26 | 0.00 | 49.15 |
| 11 | Citibank, N.A. | 0.00 | 0.00 | 0.00 |
| 12 | Citibank, N.A. | 0.00 | 0.00 | 0.00 |
| 13 | American Express National Bank | 0.00 | 0.00 | 0.00 |
| 14 | Wells Fargo Bank, N.A. | 9,497.61 | 0.00 | 141.46 |
| 15 | Wells Fargo Bank, N.A. | 9,984.38 | 0.00 | 148.71 |
| 16 | Members 1st Federal Credit Union | 15,939.31 | 0.00 | 237.40 |
| 17 | Regions Bank | 45,817.63 | 0.00 | 682.40 |
| 18 | Quantum3 Group LLC as agent for | 1,111.70 | 0.00 | 16.56 |
| 19 | Quantum3 Group LLC as agent for | 4,315.78 | 0.00 | 64.28 |
| 20 | Quantum3 Group LLC as agent for | 0.00 | 0.00 | 0.00 |
| 21 | Synchrony Bank | 0.00 | 0.00 | 0.00 |
| 22 | Synchrony Bank | 0.00 | 0.00 | 0.00 |
| 23 | Synchrony Bank | 2,790.72 | 0.00 | 41.56 |
| 24 | Synchrony Bank | 0.00 | 0.00 | 0.00 |
| 25 | Synchrony Bank | 5,921.24 | 0.00 | 88.19 |
| 26 | Synchrony Bank | 0.00 | 0.00 | 0.00 |
| 27 | Synchrony Bank | 1,307.60 | 0.00 | 19.47 |
| 28 | Synchrony Bank | 0.00 | 0.00 | 0.00 |
| 29 | Synchrony Bank | 314.57 | 0.00 | 4.68 |

UST Form 101-7-TFR(5/1/2011)

|  | Total to be paid for timely general unsecured claims: | $ | 2,516.84 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $239.31 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Pennsylvania Department of Revenue | 239.31 | 0.00 | 0.00 |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**